### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

MONICA HARTMAN,                    §
                                   §
        Plaintiff,                 §
                                   §
                                   §     Case No.: 4:22-CV-00912-ALM
v                                  §
                                   §
SOUTHERN HILLS PROPERTY GROUP,     §
                                   §
                                   §
        Defendant                  §
                                   §
                                   §

### DEFAULT JUDGMENT

AND NOW, this twenty-eighth day of February 2024 upon review of Plaintiff Monica Hartman's motion for default judgment against Defendant Southern Hills Property Group and any response thereto, it is hereby ORDERED that Plaintiff's motion is GRANTED. Default judgment is entered in favor of Plaintiff Monica Hartman against Defendant Southern Hills Property Group in the amount of $25,535.90.

SO ORDERED:

**SIGNED this 28th day of February, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE